M&T Bank v Weisz (2024 NY Slip Op 00510)

M&T Bank v Weisz

2024 NY Slip Op 00510

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND KEANE, JJ.

87 CA 23-01428

[*1]M & T BANK, PLAINTIFF-RESPONDENT,
v
BENJAMIN WEISZ AND MARTIN WEISZ, DEFENDANTS-APPELLANTS. 

J. BECKER & ASSOCIATES, PLLC, NEW YORK CITY (JOSEPH M. BECKER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
GETMAN & BIRYLA, LLP, BUFFALO (AARON R. WALKOW OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered June 23, 2023. The order denied the motion of defendants to vacate a renewal judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 16, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court